**Not for Publication**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAYS INNS WORLDWIDE, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMLA ENTERPRISES, INC.,** *et al.*,<br><br>Defendants. | **Civil Action No. 18-8013 (ES) (JAD)**<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court is plaintiff Days Inns Worldwide, Inc.'s ("DIW") motion for default judgment against defendants Kamla Enterprises, Inc., Bipin Patel, and Praful Patel (collectively, "Defendants"). (D.E. No. 12); and the Court having considered DIW's submissions and having decided this matter without oral argument, *see* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b); and for the reasons stated in the accompanying Opinion,

IT IS on this 29th day of July 2019,

**ORDERED** that DIW's motion for default judgment (D.E. No. 12) is GRANTED; and it is further

**ORDERED** that the Court enters judgment against Defendants, jointly and severally, in the amount of $59,294.30 (representative of the Recurring Fees, as defined by the accompanying Opinion, through January 7, 2019), plus any additional prejudgment interest accumulated between January 7, 2019 and the date of this Order; and it is further

**ORDERED** that the Clerk of the Court CLOSE this matter.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**